1  CRIS A KLINGERMAN
   State Bar No. 82108
2  Law Offices of
   ROBERT E. WEISS INCORPORATED
3  920 Village Oaks Drive
   Covina, CA 91724
4  (626) 967-4302
5
6  Attorneys for Defendant
   AURORA LOAN SERVICES, LLC
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY K. FIGUEIREDO, | CASE NO. C09-04860 MHP |
| Plaintiff, | STIPULATION OF DISMISSAL |
| vs. | |
| AURORA LOAN, CAL-WESTERN RECONVEYANCE CORP and DOES 1-10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice to previous filings pursuant to FRCP 41(a)(1).

Date: ~~January 22,~~ 2010  Feb. 1, 2010

LAW OFFICE OF JONATHAN FRIED

By: _____
JONATHAN FRIED
Attorneys for Plaintiff
SALLY K. FIGUEIREDO

STIPULATION OF DISMISSAL
-1-

C09-04860 MHP

|   |   |
|---|---|
| 1 | ROBERT E. WEISS INCORPORATED |
| 2 |   |
| 3  Date: January 22, 2010 | By: _____ |
| 4 | CRIS A KLINGERMAN |
|   | Attorneys for Defendant |
| 5 | AURORA LOAN SERVICES, LLC |

Law Offices
ROBERT E. WEISS INCORPORATED
920 VILLAGE OAKS DRIVE
COVINA, CA 91724
TELEPHONE (626) 967-4302 – FAX (626) 967-9216

C09-04860 MHP
STIPULATION OF DISMISSAL
-2-

## PROOF OF SERVICE BY MAIL (C.C.P. 1013a, 2015.5)

STATE OF CALIFORNIA     )
                        )
COUNTY OF LOS ANGELES   )

I, DAWN GENTRY, declare as follows:

I am employed in Los Angeles County, I am over the age of eighteen years and am not a party to the within entitled action; my business address is 920 Village Oaks Drive, Covina, California.

On February 1, 2010, I served the following:

STIPULATION OF DISMISSAL

on the interested parties in said action by first class mail, postage prepaid, addressed as follows:

Jonathan Fried, Esq.  
700 Montgomery Street  
San Francisco, California 94111

Donald M. Scotten, Esq.  
Akerman Senterfitt LLP  
725 S Figueroa St  
Los Angeles, CA 90017

I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Covina, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing affidavit/declaration.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct.

Executed on February 1, 2010, at Covina, California.

_/s/ Dawn Gentry_  
DAWN GENTRY

C09-04860 MHP  
STIPULATION OF DISMISSAL  
-3-