CRIS A KLINGERMAN
State Bar No. 82108
Law Offices of
ROBERT E. WEISS INCORPORATED
920 Village Oaks Drive
Covina, CA 91724
(626) 967-4302

Attorneys for Defendant
AURORA LOAN SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALLY K. FIGUEIREDO,<br><br>Plaintiff,<br><br>vs.<br><br>AURORA LOAN, CAL-WESTERN RECONVEYANCE CORP and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. C09-04860 MHP<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice to previous filings pursuant to FRCP 41(a)(1).

LAW OFFICE OF JONATHAN FRIED

Date: ~~January 22, 2010~~ Feb. 1, 2010

By: _____
JONATHAN FRIED
Attorneys for Plaintiff
SALLY K. FIGUEIREDO

C09-04860 MHP
STIPULATION OF DISMISSAL
-1-

ROBERT E. WEISS INCORPORATED

Date: January 22, 2010          By: _____
                                    CRIS A KLINGERMAN
                                    Attorneys for Defendant
                                    AURORA LOAN SERVICES, LLC

2/10/2010



STIPULATION OF DISMISSAL
C09-04860 MHP
-2-

## PROOF OF SERVICE BY MAIL (C.C.P. 1013a, 2015.5)

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I, DAWN GENTRY, declare as follows:

I am employed in Los Angeles County, I am over the age of eighteen years and am not a party to the within entitled action; my business address is 920 Village Oaks Drive, Covina, California.

On February 1, 2010, I served the following:

STIPULATION OF DISMISSAL

on the interested parties in said action by first class mail, postage prepaid, addressed as follows:

| | |
|---|---|
| Jonathan Fried, Esq. | Donald M. Scotten, Esq. |
| 700 Montgomery Street | Akerman Senterfitt LLP |
| San Francisco, California 94111 | 725 S Figueroa St |
| | Los Angeles, CA 90017 |

I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Covina, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing affidavit/declaration.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct.

Executed on February 1, 2010, at Covina, California.

_____
DAWN GENTRY

C09-04860 MHP

STIPULATION OF DISMISSAL
-3-