1  CRIS A KLINGERMAN
   State Bar No. 82108
2  Law Offices of
   ROBERT E. WEISS INCORPORATED
3  920 Village Oaks Drive
   Covina, CA 91724
4  (626) 967-4302
5

Attorneys for Defendant
6  AURORA LOAN SERVICES, LLC

7

   UNITED STATES DISTRICT COURT
8
   NORTHERN DISTRICT OF CALIFORNIA
9

10 | SALLY K. FIGUEIREDO,                         | CASE NO. C09-04860 MHP
11 |                                              | STIPULATION OF DISMISSAL
   |         Plaintiff,                           |
12 |                                              |
   | vs.                                          |
13 |                                              |
   | AURORA LOAN, CAL-WESTERN                     |
14 | RECONVEYANCE CORP and DOES 1-10,             |
   | inclusive,                                   |
15 |                                              |
   |         Defendants.                          |
16

17

18

19  IT IS HEREBY STIPULATED by and between the parties to this action through their

20  designated counsel that the above-captioned action be and hereby is dismissed without prejudice to

21  previous filings pursuant to FRCP 41(a)(1).

22                                                    LAW OFFICE OF JONATHAN FRIED
23
24  Date: ~~January 22,~~ 2010  Feb. 1, 20           By: _[signature]_
25                                                       JONATHAN FRIED
                                                         Attorneys for Plaintiff
26                                                       SALLY K. FIGUEIREDO
27
28
                                                                                    C09-04860 MHP
                              STIPULATION OF DISMISSAL
                                         -1-

ROBERT E. WEISS INCORPORATED

Date: January 22, 2010            By: _____
                                      CRIS A KLINGERMAN
                                      Attorneys for Defendant
                                      AURORA LOAN SERVICES, LLC

2/10/2010



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Law Offices
ROBERT E. WEISS INCORPORATED
920 VILLAGE OAKS DRIVE
COVINA, CA 91724
TELEPHONE (626) 967-4302 – FAX (626) 967-9216

**PROOF OF SERVICE BY MAIL (C.C.P. 1013a, 2015.5)**

STATE OF CALIFORNIA       )
                          )
COUNTY OF LOS ANGELES     )

I, DAWN GENTRY, declare as follows:

I am employed in Los Angeles County, I am over the age of eighteen years and am not a party to the within entitled action; my business address is 920 Village Oaks Drive, Covina, California.

On February 1, 2010, I served the following:

STIPULATION OF DISMISSAL

on the interested parties in said action by first class mail, postage prepaid, addressed as follows:

Jonathan Fried, Esq.           Donald M. Scotten, Esq.
700 Montgomery Street          Akerman Senterfitt LLP
San Francisco, California 94111   725 S Figueroa St
                               Los Angeles, CA 90017

I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Covina, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing affidavit/declaration.

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct.

Executed on February 1, 2010, at Covina, California.

/s/ Dawn Gentry
DAWN GENTRY

C09-04860 MHP

STIPULATION OF DISMISSAL

-3-